Michele R. Stafford, Esq. (SBN 172509)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
mstafford@sjlawcorp.com
lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCES, INC – S & C ENVIRONMENTAL SOLUTIONS, a California corporation, <br><br> Defendant. | Case No. 18-cv-06993-YGR <br> ORDER GRANTING <br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al., voluntarily dismiss, without prejudice, their claim against Defendant SCES, Inc. – S & C Environmental Solutions, a California corporation ("Defendant").

//

//

//

//

//

//

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: 18-cv-06993-JSC

Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against the Defendant.

Dated: March 30, 2020

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/
Luz E. Mendoza
Attorneys for Plaintiffs, Operating
Engineers' Health And Welfare Trust
Fund For Northern California, et al.

IT IS SO ORDERED.

Date: 4/1/2020

Yvonne Gonzalez Rogers
U.S. District Court Judge

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: 18-cv-06993-JSC

P:\CLIENTS\OE3CL\Sces, Inc. - S & C Environmental Solution\Pleadings\Word Versions + .PDF Fillables\Sces re Notice of Dismissal 033020.docx